1  **KAZEROUNI LAW GROUP, APC**
2  Abbas Kazerounian (SBN: 249203)
   ak@kazlg.com
3  245 Fischer Avenue, Unit D1
4  Costa Mesa, CA 92626
   Telephone: (800) 400-6806
5  Facsimile: (800) 520-5523

6
   **KAZEROUNI LAW GROUP, APC**
7  Jason A. Ibey (SBN: 249203)
8  jason@kazlg.com
   321 N Mall Drive, Suite R108
9  St. George, UT 84790
10 Telephone: (800) 400-6806
   Facsimile: (800) 520-5523
11

12 Attorneys for Plaintiff
   DANIEL DREIFORT
13

14

15              **UNITED STATES DISTRICT COURT**

16              **SOUTHERN DISTRICT OF CALIFORNIA**

17 | DANIEL DREIFORT, individually and on behalf of others similarly situated, | Case No. 3:18-CV-02393-BTM-AHG |
18 | | |
19 | Plaintiff, | **JOINT MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
20 | v. | |
21 | DJO GLOBAL, INC.; DJO, LLC; AND DOES 1-20, | |
22 | Defendants. | |

26    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
27 Plaintiff Daniel Dreifort and Defendants DJO Global, Inc. and DJO, LLC, through
28 their respective counsel, jointly move to dismiss the above-entitled action in its

                                    1
                    JOINT MOTION TO DISMISS ACTION

entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. Each party shall bear his/its own attorneys' fees and costs.

Dated: July 12, 2021   KAZEROUNI LAW GROUP, APC

By *s/ Jason A. Ibey*
JASON A. IBEY

Attorneys for Plaintiff
DANIEL DREIFORT

Dated: July 12, 2021   DLA PIPER LLP

By *s/ Christopher M. Young*
CHRISTOPHER M. YOUNG

Christopher M. Young (SBN: 163319)
christopher.young@dlapiper.com
Noah A. Katsell (SBN: 217090)
noah.katsell@dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: (619) 699-2700
Facsimile: (619) 699-2701

Attorneys for Defendants
DJO GLOBAL, INC. & DJO, LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for the Defendants, and that I have obtained Mr. Young's authorization to affix his electronic signature to this document.

Dated: July 12, 2021

KAZEROUNI LAW GROUP, APC

By *s/ Jason A. Ibey*
JASON A. IBEY

Attorneys for Plaintiff
DANIEL DREIFORT