# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DREIFORT, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DJO GLOBAL, INC.; DJO, LLC; AND DOES 1-20,<br><br>Defendants. | Case No. 3:18-CV-02393-BTM-AHG<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**[ECF NO. 36]** |

Pursuant to the Joint Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (ECF No. 36), submitted by Plaintiff Daniel Dreifort and Defendants DJO Global, Inc. and DJO, LLC, and good cause appearing, the Court hereby ORDERS that the action be dismissed in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class members. Each party shall bear his/its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: ___July 14_____, 2021     By: _____
HON. BARRY TED MOSKOWITZ
United States District Judge

1